IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

IN RE:

**JUANA CARO**
**aka JUANA BAUTISTA, aka JUANA CARO**
**BAUTISTA, aka JUANA CARO DE ROLON**

**xxx–xx–7091**

Debtor(s)

Case No. **16–04482 BKT**

Chapter **7**

**FILED & ENTERED ON 10/18/16**

*ORDER*

The motion filed by Debtor requesting entry of order Debtor's intention to participate in a loan modification process through loss mitigation program (docket #40) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, October 18, 2016 .

Brian K. Tester
United States Bankruptcy Judge