IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO. 16-04482-BKT

JUANA CARO                            CHAPTER 7

DEBTOR

## DEBTOR'S MOTION AND NOTICE OF FILING OF AMENDED SCHEDULES "G", "I" & "J" AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

NOW COMES, **JUANA CARO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended *Schedules "G", "I" & "J"***, dated October 31, 2016, herewith and attached to this motion.

2. This amendment to Schedule "G" is filed *to include debtor's contract;* and Schedules "I" & "J" are filed *to state debtor's actual income and expenses.*

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "G", "I" & "J"
Case no. 16-04482-BKT7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 31st day of October, 2016.

/s/ *Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699
EMAIL: rfigueroa@fslawpr.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | JUANA | | CARO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:16-bk-4482 | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Iris C Pimentel Ortiz | Lease contract - Residential property located at Urb Fernando Pla #21, Jimenez Garcia Street.<br>Rent $325 |

Fill in this information to identify your case:

Debtor 1: JUANA CARO

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:16-bk-4482

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Professional Services | |
   | Employer's name | Self-employed | |
   | Employer's address | | |
   | How long employed there? | 4 months | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1    CARO, JUANA            Case number (if known)    3:16-bk-4482

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 325.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 150.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: PAN | 8f. | $ 67.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: Professional Services | 8h.+ | $ 433.33 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 975.33 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 975.33 + | $ N/A = $ 975.33 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | 11. | +$ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. | $ 975.33 Combined monthly income | |

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1: **JUANA CARO**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:16-bk-4482

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ☐ No

   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent.....

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No |
   | Son | 25 | ☒ Yes |
   | | | ☐ No |
   | | | ☐ Yes |
   | | | ☐ No |
   | | | ☐ Yes |
   | | | ☐ No |
   | | | ☐ Yes |

   Do not state the dependents names.

3. Do your expenses include expenses of people other than yourself and your dependents?   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $   600.00

   If not included in line 4:

   4a. Real estate taxes   4a. $   0.00
   4b. Property, homeowner's, or renter's insurance   4b. $   0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $   0.00
   4d. Homeowner's association or condominium dues   4d. $   0.00

5. Additional mortgage payments for your residence, such as home equity loans   5. $   0.00

Official Form 106J   Schedule J: Your Expenses   page 1

Debtor 1 CARO, JUANA　　　　　　　　　　　　　　　　　Case number (if known) 3:16-bk-4482

6. Utilities:
  6a. Electricity, heat, natural gas　　　　　　　　　　　　　　　6a. $ 60.00
  6b. Water, sewer, garbage collection　　　　　　　　　　　　6b. $ 64.00
  6c. Telephone, cell phone, Internet, satellite, and cable services　6c. $ 56.00
  6d. Other. Specify: _____　　　　　　　　　　　　　　　　6d. $ 0.00
7. Food and housekeeping supplies　　　　　　　　　　　　　　7. $ 155.33
8. Childcare and children's education costs　　　　　　　　　　8. $ 0.00
9. Clothing, laundry, and dry cleaning　　　　　　　　　　　　　9. $ 0.00
10. Personal care products and services　　　　　　　　　　　10. $ 0.00
11. Medical and dental expenses　　　　　　　　　　　　　　　11. $ 10.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.　　　　　　　　　　　　　　12. $ 30.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books　13. $ 0.00
14. Charitable contributions and religious donations　　　　　　14. $ 0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance　　　　　　　　　　　　　　　　　　15a. $ 0.00
    15b. Health insurance　　　　　　　　　　　　　　　　　15b. $ 0.00
    15c. Vehicle insurance　　　　　　　　　　　　　　　　15c. $ 0.00
    15d. Other insurance. Specify: _____　　　　　　　　　15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____　　　　　　　　　　　　　　　　　　　16. $ 0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1　　　　　　　　　　　　17a. $ 0.00
    17b. Car payments for Vehicle 2　　　　　　　　　　　　17b. $ 0.00
    17c. Other. Specify: _____　　　　　　　　　　　　　17c. $ 0.00
    17d. Other. Specify: _____　　　　　　　　　　　　　17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).　18. $ 0.00
19. Other payments you make to support others who do not live with you.
    Specify: _____　　　　　　　　　　　　　　　　　　　19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property　　　　　　　　　　　20a. $ 0.00
    20b. Real estate taxes　　　　　　　　　　　　　　　　20b. $ 0.00
    20c. Property, homeowner's, or renter's insurance　　　　20c. $ 0.00
    20d. Maintenance, repair, and upkeep expenses　　　　20d. $ 0.00
    20e. Homeowner's association or condominium dues　　20e. $ 0.00
21. Other: Specify: _____　　　　　　　　　　　　　　　21. +$ 0.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.　　　　　　　　　　　　　　$ 975.33
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2　$
    22c. Add line 22a and 22b. The result is your monthly expenses.　$ 975.33

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.　23a. $ 975.33
    23b. Copy your monthly expenses from line 22c above.　　　　　　23b. -$ 975.33

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.　　　　　　　　　　　23c. $ 0.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.　Explain here: _____

Official Form 106J　　　　　　　　Schedule J: Your Expenses　　　　　　　　page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JUANA | | CARO |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:16-bk-4482 | | |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Juana Caro                              X _____
JUANA CARO                                      Signature of Debtor 2
Signature of Debtor 1

Date  October 31, 2016                          Date _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-04482-BKT7<br>District of Puerto Rico<br>Old San Juan<br>Mon Oct 31 14:02:33 AST 2016 | BANCO POPULAR PR<br>FORTUNO & RIVERA FONT LLC<br>PO BOX 13786<br>SAN JUAN, PR 00908-3786 | UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEE<br>PO Box 363508<br>San Juan, PR 00936-3508 | Afni, Inc.<br>PO Box 3097<br>Bloomington, IL 61702-3097 |
| Att Services<br>103 Ortegon St<br>Guaynabo, PR 00966-2505 | Banco Popular de Puerto Rico<br>Mortgage Servicing Department<br>PO Box 362708<br>San Juan, PR 00936-2708 | Beyiesmarielys Carrasquillo<br>Urb Fernando Pla<br>#21 Calle Jimenez Garcia<br>Caguas, PR 00725-2408 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | Cingular/at&T<br>AT&T/C/O Midland Bankruptcy<br>5407 Andrews Hwy<br>Midland, TX 79706-2851 | (p)CITIFINANCIAL<br>BANKRUPTCY FORECLOSURE UNIT<br>1000 TECHNOLOGY DRIVE<br>OFALLON MO 63368-2239 |
| Citifinancial<br>CitiFinancial/Attn: bankruptcy Departmen<br>PO Box 140069<br>Irving, TX 75014-0069 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | Dish Network<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-1465 |
| Irmarie Rivera Miranda<br>Banco Popular Center Suite 1022<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1009 | VYVE BROADB AND<br>PO Box 802068<br>Dallas, TX 75380-2068 | Western Shamrock Corp<br>801 S Abe St<br>San Angelo, TX 76903-6735 |
| Western Shamrock Corp<br>801 S Abe St Ste A<br>San Angelo, TX 76903-6735 | JUANA CARO<br>URB PLA 21 CALLE JIMENEZ GARCIA<br>CAGUAS, PR 00725 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO ARISTIDES FIGUEROA-COLON<br>FIGUEROA & SERRANO, PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968-8052 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citifinancial<br>300 Saint Paul St<br>Baltimore, MD 21202-2120 | End of Label Matrix<br>Mailable recipients 22<br>Bypassed recipients 0<br>Total 22 | |